

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jimmie Ray Johnson, Appellant

No. 06-17-00214-CR         v.

The State of Texas, Appellee

Appeal from the County Court at Law No. 2 of Hunt County, Texas (Tr. Ct. No. CR1601102).  Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

     As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

     We further order that the appellant, Jimmie Ray Johnson, pay all costs of this appeal.

RENDERED OCTOBER 17, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk